No. 72–5847. ALEXANDER v. GARDNER-DENVER Co., *ante*, p. 36. Motion of petitioner for attorneys' fees as part of taxable costs denied as not appropriate for consideration by this Court. MR. JUSTICE DOUGLAS would refer motion to the District Court for hearing on retaxing costs.

No. 73–191. VILLAGE OF BELLE TERRE ET AL. v. BORAAS ET AL. Appeal from C. A. 2d Cir. [Probable jurisdiction noted, 414 U. S. 907.] Motion of New Communities, Inc., for leave to file a brief as *amicus curiae* after argument denied.

No. 73–437. MOBIL OIL CORP. v. FEDERAL POWER COMMISSION ET AL.;
No. 73–457. PUBLIC SERVICE COMMISSION OF NEW YORK v. FEDERAL POWER COMMISSION ET AL.; and
No. 73–464. MUNICIPAL DISTRIBUTORS GROUP v. FEDERAL POWER COMMISSION ET AL. C. A. 5th Cir. [Certiorari granted, 414 U. S. 1142.] Motion of the Solicitor General for divided argument granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 73–482. MICHIGAN v. TUCKER. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1062.] Motion of Women Lawyers Association of Michigan for leave to file a brief as *amicus curiae* denied.

No. 73–781. SCHERK v. ALBERTO-CULVER Co. C. A. 7th Cir. [Certiorari granted, 414 U. S. 1156.] Motion of American Arbitration Assn. for leave to file a brief as *amicus curiae* granted.